UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRONOTEX U.S.A., LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FAUS GROUP, INC. and INDUSTRIAS AUXILIARES FAUS, S.L.,<br><br>Defendants. | Civil Action No. 1:09-CV-2583 |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Kronotex U.S.A., LLC ("Plaintiff") and Defendant Faus Group, Inc. (Defendant") as parties in the above-captioned action, and by and through their undersigned counsel of record, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, jointly and respectfully move the Court to enlarge the time within which Defendant must answer or otherwise respond to Plaintiff's Complaint. The reasons for this joint request are as follows:

1. Plaintiff filed its Complaint on September 21, 2009 and Defendant was served on September 22, 2009.

2.  No prior extension of time in which to answer or otherwise respond to the Complaint has been requested by the parties.

3.  Counsel for Plaintiff and Counsel for Defendants have consulted with one another and both consent to the extension of time requested in this Motion.

WHEREFORE, the parties respectfully request that this Court enter an Order extending the time within which Defendants may file its answer or otherwise respond to Plaintiff's Complaint through and including November 13, 2009.

Respectfully submitted this 12th day of October, 2009.

| | |
|---|---|
| /s/ *C. David Johnston* | /s/ *Charles K. Reed* |
| C. David Johnston | Charles K. Reed |
| GA State Bar No. 396150 | GA Bar No. 597597 |
| cdj@wjrlaw.com | creed@mckennalong.com |
| S. Bradley Shipe | McKenna Long & Aldridge, LLP |
| sbshipe@wjrlaw.com | 303 Peachtree Street, Suite 5300 |
| GA State Bar No. 653015 | Atlanta, GA 30308-3265 |
| Wagner, Johnston & Rosenthal, P.C. | (404) 527-4000 (telephone) |
| Suite 300 | (404) 527-4198 (facsimile) |
| 5855 Sandy Springs Circle | |
| Atlanta, GA 30328 | |
| (404) 261-0500 (telephone) | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following of record for Plaintiff:

> C. David Johnston, Esq.
> cdj@wjrlaw.com
> S. Bradley Shipe, Esq.
> sbshipe@wjrlaw.com
> Wagner, Johnston & Rosenthal, P.C.

This the 12th day of October, 2009.

/s/ *Charles K. Reed*
Charles K. Reed, Esq.