UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRONOTEX U.S.A., LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FAUS GROUP, INC. and INDUSTRIAS AUXILIARES FAUS, S.L., <br><br> Defendants. | Civil Action No. 1:09-CV-2583 |

## ORDER

In the above-titled action, Plaintiff Kronotex U.S.A., LLC ("Plaintiff") and Defendant Faus Group, Inc. ("Defendant"), have for good cause shown made application for additional time within which Defendant may serve an answer or otherwise respond to Plaintiff's Complaint.

IT IS HEREBY ORDERED that the time within which Defendant may serve an answer or otherwise respond to Plaintiff's Complaint is hereby extended through and including November 13, 2009.*

This 13th day of October, 2009.

_____
Judge, United States District Court

*The Consent Motion [Doc. No. 4] is GRANTED.